1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10  DERRICK DEWAYNE FISHER,              )    1:05cv0138 AWI DLB HC
                                         )
11                                       )
                                         )    ORDER REQUIRING RESPONDENT TO
12                      Petitioner,      )    INFORM THE COURT WHETHER
                                         )    RESPONDENT WILL CONSENT TO
13          v.                           )    MAGISTRATE JUDGE JURISDICTION
                                         )
14  A.P. KANE,                           )
                                         )
15                                       )
                                         )
16                      Respondent.      )
                                         )
17  _____     )

18          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

19  pursuant to 28 U.S.C. § 2254.

20          Petitioner filed the instant petition for writ of habeas corpus on January 21, 2005.  At this

21  time, Respondent shall be required to notify the Clerk of Court in writing whether or not

22  Respondent will consent to the jurisdiction of the United States Magistrate Judge for all purposes

23  pursuant to 28 U.S.C. §636©, using the forms supplied by the Clerk.

24          Accordingly, IT IS HEREBY ORDERED that:

25          1.      The Clerk of Court is DIRECTED to send Respondent a copy of the consent

26  option form and the instructions for consent to Magistrate Judge Jurisdiction; and

27

28

                                              1

2.      Within ten(10) days of the date of service of this order, Respondent SHALL file with the Court a completed consent option form indicating consent or decline to Magistrate Judge Jurisdiction.

IT IS SO ORDERED.

**Dated:    December 21, 2005**                    _____/s/ **Dennis L. Beck**_____
3b142a                                                    UNITED STATES MAGISTRATE JUDGE

2