# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK DEWAYNE FISHER, | 1:05cv0138 AWI DLB HC |
| Petitioner, | ORDER REQUIRING RESPONDENT TO LODGE RECORDS |
| v. | |
| A.P. KANE, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on January 21, 2005.  On June 27, 2005, Respondent filed a notice of filing/lodging documents.  However, no documents were lodged with the Court.

Accordingly, as the response refers to the lodged documents, the Court ORDERS Respondent to provide the Court with the documents referenced in the June 27, 2005, notice of lodging, within ten (10) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **December 22, 2005**                    **/s/ Dennis L. Beck**
3b142a                                              UNITED STATES MAGISTRATE JUDGE

1