1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  DERRICK DEWAYNE FISHER,        )    1:05-cv-00138-AWI-DLB-HC
                                   )
12          Petitioner,            )    **ORDER ADOPTING FINDINGS AND**
                                   )    **RECOMMENDATION** (Doc. 23)
13  v.                             )
                                   )    **ORDER DENYING AMENDED PETITION**
14  A.P. KANE,                     )    **FOR WRIT OF HABEAS CORPUS**
                                   )
15          Respondent.            )    **ORDER DIRECTING CLERK TO ENTER**
    _____)    **JUDGMENT**
16

17       Petitioner is a state prisoner proceeding pro se with a

18  Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

19       On January 9, 2006, the Magistrate Judge filed Findings and

20  Recommendation that the Amended Petition for Writ of Habeas Corpus

21  be DENIED.  These Findings and Recommendation were served on all

22  parties and contained notice that any objections were to be filed

23  within thirty (30) days from the date of service of that order.  To

24  date, Petitioner has not filed objections to the Findings and

25  Recommendation.

26  ///

27  //

28  /

                                    1

1    In accordance with the provisions of 28 U.S.C. § 636

2  (b)(1)(C), this Court has conducted a *de novo* review of the case.

3  Having carefully reviewed the entire file, including Petitioner's

4  objections, the Court concludes that the Magistrate Judge's

5  Findings and Recommendation are supported by the record and proper

6  analysis.  Petitioner's objections present no grounds for

7  questioning the Magistrate Judge's analysis.

8    Accordingly, IT IS HEREBY ORDERED that:

9    1.   The Findings and Recommendation, filed January 9, 2006,

10  are ADOPTED IN FULL;

11    2.   The Amended Petition for Writ of Habeas Corpus is DENIED;

12  and,

13    3.   The Clerk of Court enter judgment.

14

15  IT IS SO ORDERED.

16  **Dated:    March 3, 2006**                    _____/s/ Anthony W. Ishii_____
     0m8i78                                        UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28